CV, RELTD

# U.S. District Court
## District of Minnesota (DMN)
### CIVIL DOCKET FOR CASE #: 0:07-cv-01154-DWF-SRN
### Internal Use Only

Gober v. LG Philips LCD Company LTD, et al
Assigned to: Judge Donovan W. Frank
Referred to: Magistrate Judge Susan R. Nelson
Related Case: 0:07-cv-00480-DWF-SRN
Cause: 15:1 Antitrust Litigation

Date Filed: 02/14/2007
Jury Demand: Plaintiff
Nature of Suit: 410 Anti-Trust
Jurisdiction: Federal Question

## Plaintiff

**Al Gober**
*and all others similarly situated*

represented by **Daniel E Gustafson**
Gustafson Gluek PLLC
608 2nd Ave S Ste 650
Mpls, MN 55402
612-333-8844
Fax: 612-339-6622
Email: dgustafson@gustafsongluek.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jason S Kilene**
Gustafson Gluek PLLC
608 2nd Ave S Ste 650
Mpls, MN 55402
(612) 333-8844
Fax: (612) 339-6622
Email: jkilene@gustafsongluek.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Renae D Steiner**
Gustafson Gluek PLLC
608 2nd Ave S Ste 650
Mpls, MN 55402
612-333-8844
Fax: 612-339-6622
Email: rsteiner@gustafsongluek.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

A true printed copy is 5 sheet(s) of the electronic record filed on 6/5/07, in the United States District Court for the District of Minnesota.
CERTIFIED, 6/5, 2007.
RICHARD D. SLETTEN
BY: Debbu Hackman
Deputy Clerk

SCANNED
JUN 0 5 2007
U.S. DISTRICT COURT ST. PAUL

V.

**Defendant**

LG Philips LCD Company LTD,

**Defendant**

LG Philips LCD America, Inc.

**Defendant**

LG Electronics Inc.

**Defendant**

Royal Philips Electronics NV

**Defendant**

Samsung Electronics Co., Ltd.

**Defendant**

Samsung Semiconductor, Inc.

**Defendant**

AU Optronics Corporation

**Defendant**

AU Optronics Corporation America

**Defendant**

Chi Mei Optoelectronics

**Defendant**

Chi Mei Optoelectronics USA, Inc.

**Defendant**

Sharp Corporation

**Defendant**

Sharp Electronics Corporation

**Defendant**

Toshiba Corporation

**Defendant**

Matsushita Display Technology Co., Ltd.

**Defendant**

Hitachi Ltd.

**Defendant**

Hitachi Displays, Ltd.

**Defendant**

| | | |
|---|---|---|
| **Hitachi America Ltd.** | represented by | **Kent-NA M Roger**<br>Not Admitted<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **William-NA J Taylor**<br>Not Admitted<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Hitachi Electronic Devices (USA), Inc.** | represented by | **Kent-NA M Roger**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **William-NA J Taylor**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**Sanyo Epson Imaging Devices Corporation**

**Defendant**

**NEC Corporation**

**Defendant**

**NEC LCD Technologies, Ltd.**

**Defendant**

**IDT International Ltd.**

**Defendant**

**International Display Technology Co., Ltd.**

**Defendant**

**International Display Technology USA Inc.**

**Defendant**

**Chunghwa Picture Tubes Ltd.**

**Defendant**

**HannStar Display Corporation**

| Date Filed | # | Docket Text |
|---|---|---|
| 02/14/2007 | 1 | COMPLAINT with Jury Demand against Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc., AU Optronics Corporation, AU Optronics Corporation America, Chi Mei Optoelectronics, Chi Mei Optoelectronics USA, Inc., Sharp Corporation, Sharp Electronics Corporation, Toshiba Corporation, Matsushita Display Technology Co., Ltd., Hitachi Ltd., Hitachi Displays, Ltd., Hitachi America Ltd., Hitachi Electronic Devices (USA), Inc., Sanyo Epson Imaging Devices Corporation, NEC Corporation, NEC LCD Technologies, Ltd., IDT International Ltd., International Display Technology Co., Ltd., International Display Technology USA Inc., Chunghwa Picture Tubes Ltd., HannStar Display Corporation, LG Philips LCD Company LTD,, LG Philips LCD America, Inc., LG Electronics Inc., Royal Philips Electronics NV ( Filing fee $ 350 receipt number 4011002.) assigned to Judge Michael J. Davis per Antitrust List and referred to Magistrate Judge Arthur J. Boylan., filed by Al Gober. (Attachments: # 1 Civil Cover Sheet)(RJL) (Entered: 02/15/2007) |
| 02/14/2007 |  | Summons Issued as to Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc., AU Optronics Corporation, AU Optronics Corporation America, Chi Mei Optoelectronics, Chi Mei Optoelectronics USA, Inc., Sharp Corporation, Sharp Electronics Corporation, Toshiba Corporation, Matsushita Display Technology Co., Ltd., Hitachi Ltd., Hitachi Displays, Ltd., Hitachi America Ltd., Hitachi Electronic Devices (USA), Inc., Sanyo Epson Imaging Devices Corporation, NEC Corporation, NEC LCD Technologies, Ltd., IDT International Ltd., International Display Technology Co., Ltd., International Display Technology USA Inc., Chunghwa Picture Tubes Ltd., HannStar Display Corporation, LG Philips LCD Company LTD,, LG Philips LCD America, Inc., LG Electronics Inc., Royal Philips Electronics NV. (RJL) (Entered: 02/15/2007) |
| 02/15/2007 |  | ***Staff notes - Possibly related to 07-480 DWF. (RJL) (Entered: 02/15/2007) |
| 03/15/2007 | 2 | STIPULATION *and Order for Extension of Time* by Al Gober. (Steiner, Renae) (Entered: 03/15/2007) |
| 03/15/2007 |  | *** Attorney Kent-NA M Roger for Hitachi America Ltd. and Hitachi Electronic Devices (USA), Inc., William-NA J Taylor for Hitachi America Ltd. and Hitachi Electronic Devices (USA), Inc. added. (GJS) (Entered: 03/16/2007) |
| 04/03/2007 | 3 | ORDER re 2 Stipulation for extension of time filed by Al Gober, . Signed by Magistrate Judge Arthur J. Boylan on 4/3/07. (RJL) (Entered: 04/03/2007) |
| 04/13/2007 | 4 | ORDER FOR REASSIGNMENT OF RELATED CASES. Case reassigned to Judge Donovan W. Frank and Magistrate Judge Susan R. Nelson for all further proceedings. The new case number is 07cv1154 DWF/SRN. Judge Michael J. Davis and Magistrate Judge Arthur J. |

|  |  | Boylan no longer assigned to case. Signed by Judge Donovan W. Frank on 4/12/07 and Judge Michael J. Davis on 4/13/07. (JME) (Entered: 04/13/2007) |
|---|---|---|
| 06/04/2007 | 5 | CERTIFIED COPY OF CONDITIONAL TRANSFER ORDER (CTO - 1) transferring case to the Northern District of California per MDL Panel for coordinated or consolidated pretrial proceedings. Case assigned to Judge Susan Y. Illston. (dch) (Entered: 06/05/2007) |
| 06/05/2007 |  | NOTICE Case has been transferred via email to the Northern District of California pursuant to CTO - 1 (dch) (Entered: 06/05/2007) |